

United States District Court
Southern District of Texas
ENTERED

AUG 2 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| EDWARD KENT LA FONTAINE, TDCJ # 873197, Plaintiff-Petitioner, | § § § § | |
| VS. | § | MISCELLANEOUS NO. B-00-032 |
| OMAR LUCIO, CAMERON COUNTY SHERIFF, MAJOR MIKE LEINART, LT. GONZALEZ AND SGT. JEANIE TREVINO, Defendants-Respondents. | § § § § § | |

## ORDER

Documents filed with the Clerk by Plaintiff, Edward Kent La Fontaine, have contradictory information pertaining to Plaintiff's name and TDCJ identification numbers.

Plaintiff is Ordered to advise the Clerk for the Southern District of Texas, Brownsville, Division, as to his correct name and identification number. Printed name and signature on all documents filed by Plaintiff are to be the same.

SIGNED at Brownsville, Texas, this 24th day of August, 2000.

John Wm. Black
United States Magistrate Judge