9

# IN THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 2 2001

Michael N. Milby
Clerk of Court

LaFontaine, Edward §
873197 §
§ Misc.
V. §
§ Cause # B-00-032
CAMERON, CO., §
§
Omar Lucio §
§
§

## MOTION FOR COPY OF RECORD

Here comes Now Above Named plaintiff Humbly, and moves that Honorable court order plaintiff copy

of All Records conserning Plaintiff in cameron co. sheriffs Dept(s) possesion as well as evidence, motions, Records, etc etc, in courts posession without cost or given credit for cost of said copy(s).

In support of such motion plaintiff shows that:

1) Above named plaintiff is incorcerated at Bill clements prison unit against his will in Amarillo, Texas and has been injured by Cameron co. tex.

2) Plaintiff has filed action in above named court Indigent PRO-SE.

3) Texas Department of criminal Justice Institutional Division and or Internal Affairs Division maliciously removed Plaintiffs Documents on or about January 24th 2001.

4) Documents Have not been returned as of Date Sworn Below.

5) Plaintiff(s) constitutional actions are severely impaired by lack of Document(s).

6) Plaintiffs Dailey Journal including proposed TACTICS was TAKEN with Documents,

7) Copy of All record(s) on File with said court as well as Cameron Co. Sheriffs Dept. are needed to refresh his memory for Above styled cause as well as to prepare other constitutionally protected civil as well as criminal action including but not limited to retaliation, and FRAUD.

I Edward LaFontaine Pray Honorable court order copy of All above Named Document from Named possesers as well as all vidio and Audio tape of All action against plaintiff by Cameron Co. Sheriffs Dept. Including but not limited to Assaults.

I Edward LaFontaine 873197 hereby certify the foregoing to be true and correct to the best of my knowledge and blief against penalty of perjury.

Enacted this eleventh day of June in the two thousandth and first year of our Lord and Savior Jesus Christ.

E Kent Haulsperger
E Kent Hauersperger
AKA. Edward LaFontaine 873197
9601 Spur 591
Amarillo, TX,
79107-9606

This Does Not exghaust All Information.

I Edward Kent LaFontaine 873197 Hereby certify that a copy of the foregoing motion for copy of documents was sent to Cameron County Attorney via US mail this 11th day of June 2001.

E. Kent Hauersperger

E. Kent Hauersperger
AKA LaFontaine, Edward 873197
9601 Spur 591 Amarillo, TX,
79107+9606