COPY

United States District Court
Southern District of Texas
FILED

OCT - 9 2001

Michael N. Milby
Clerk of Court

United States District Court
for the Southern District of Texas
Brownsville Division

Edward Kent LaFontane §
TDCJ # 873197 §
    (Plaintiff) §
                       §
V.                     §
                       §
Omar Lucio, Sheriff,   §    Cause No. B-00-032
Maj. Mike Leinhart,    §
Lt. Gonzolaze, and     §
Sgt. Jeanie Trevino    §
    (Defendants)       §
                       §
                       §

## Motion to appeal in forma pauperis

Comes now above named plaintiff and Humbly requests Honorable court allow Him to Appeal to 5th circuit court from final Judgement in Forma pauperis enacted this 4th day of October 2001

*E. Kent LaFontane* (signature)

Edward Kent LaFontane
873197 Montford
8602 Peach St.
Lubbock, TX.
79404-7777