12

**COPY**

United States District Court
Southern District of Texas
FILED

OCT - 9 2001

Michael N. Milby
Clerk of Court

Notice of Appeal

United States district court
for the Southern District of Texas
Brownsville Division

File No. B-00-032

Edward Kent LaFontaine §
TDCJ # 873197 §
　　　Plaintiff §
　　　 §
V. Omar Lucc, Sheriff, § Notice of Appeal
Maj. Mike Leinhart, §
Lt. Gonzolaze, and §
Sgt. Jeanic Ticuino §
　　　Defendants §

Notice is hereby given that Edward Kent LaFontaine, Plaintiff in the above named case hereby appeal to the United States court of appeals for the (5th) circuit from the Final Judgement entered in this action on the 24th day of Sept. 2001.

E. Kent Hauersperger

Edward Kent LaFontaine
873197 Montford
8602 Peach St.
Lubbock, TX.
79404-7777