14

IN the United States District court
for the Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

NOV 14 2001

Michael N. Milby
Clerk of Court

Edward Lafontaine §
873197 (Plaintiff) §
                   §   B-00-32
V.                 §
                   §
Omar Lucio, Sheriff §

Notice of ~~Address Change~~

Here comes now above named Plaintiff and notifies court that his new ADRESS is 5632 Peach Street Lubbock, Texas 79404-7777

Enacted this 2nd day of Nov. 2001.

E. Karl Muchspen jr.

IN the United States District Court
for the Southern District of Texas
Brownsville Division

Edward Kent LaFontaine §
573197 (Plaintiff) §
§ B-00-32
V. §
Omar Lucio, Sheriff §

## AFFiDavit

I Edward LaFontaine hereby certify that I have no financial assets whatsoever. I am grieving viciously, malicious, Recreational sad SM, of Cameron county Texas deputies, and thier supervisors. A vidio tape was made of the whole concious shocking incident. I desire to appeal callouse, justice obstructing decison of John WM. Black. Enacted this the 2nd day of Nov. 2001.

E Kent Kavuspenjer