IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 01-41257

---

EDWARD KENT LAFONTAINE

    Plaintiff - Appellant

v.

OMAR LUCIO, Cameron County Sheriff; MIKE LEINART, Major for Cameron County Sheriff Department; GONZALEZ, Lieutenant; JANIE TREVINO, Sergeant

    Defendants - Appellees

MISC - 00-32

U.S. COURT OF APPEALS
FILED
JAN 11 2002
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
JAN 18 2002
Michael N. Milby
Clerk of Court

-------------------------
Appeal from the United States District Court for the
Southern District of Texas, Brownsville
-------------------------

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 11, 2002 for want of prosecution. The appellant failed to timely pay docketing fee and file brief.

                  CHARLES R. FULBRUGE III
                  Clerk of the United States Court
                  of Appeals for the Fifth Circuit

                  By: _____
                      Nancy Dolly, Deputy Clerk

                  FOR THE COURT - BY DIRECTION

DIS-2