U.S. District Court
Brownsville Division
Brownsville, Texas

United States District Court
Southern District of Texas
FILED
MAR 03 2003
Michael N. Milby
Clerk of Court

MSCB-00-32

LaFontaine §
   Plaintiff §
V. §
Omar Lucio §
and other unknown §
Captions §

## Written Notice of Address change

Here comes Above Named plaintiff and Notifys Honorable court that His New Adress is P.O. Box 999 Rusk, TX. 75785 Enacted this day 02182003.

E. Kent Hauersperger

Edward Kent Hauersperger
AKA Edward LaFontaine 873197
P.O. Box 999 Rusk, TX.
        75785

Please Send me copy of Dockett(s)

EK