18

U.S. DiStRict court
Texas DiViSON, Brownsville

LaFoNtaiNe, E.                              §
(PlaiNtiff) 873197                          §
                                            §
V.                                          §

The State of Texas                          §

United States District Court
Southern District of Texas
FILED

MAR 11 2003

Michael N. Milby
Clerk of Court

MISC B-00-32

## Writen Notice of Adress change

Here comes Above Named plaintiff
and Advises Honorable court
of Adress change. HiS New
adress iS micheal uNit,
P.O. Box 4500 TeNNesse coloNy, TX.
75886. ENacted this the 6th day
of ~~200~~ March, 2003.